FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D21-1936
_____

MURRAY HILTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

September 14, 2021

PER CURIAM.

AFFIRMED.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Murray Hilton, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.